UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMON DUPREECE GARRETT,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Case No. 2:23-cv-03557-JWH-AJR<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

|   |   |
|---|---|
| 1 | Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge.  The time for filing objections to the Report and Recommendation has passed and no objection has been received.  Accordingly, it is hereby **ORDERED** as follows: |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing objections to the Report and Recommendation has passed and no objection has been received. Accordingly, it is hereby **ORDERED** as follows:

1. The Court **ACCEPTS** and **ADOPTS** the findings, conclusions, and recommendations of the Magistrate Judge.

2. The Motion to Dismiss the Petition is **GRANTED**.

3. This action is **DISMISSED without prejudice**.

4. Judgment shall issue accordingly.

**IT IS SO ORDERED.**

DATED: December 11, 2023

JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE