JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMON DUPREECE GARRETT,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Case No. 2:23-cv-03557-JWH-AJR<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the above-captioned action is **DISMISSED without prejudice**.

**IT IS SO ORDERED.**

DATED: December 11, 2023

JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE

2